## CASH v. STATE FARM MUT. AUTO. INS. CO.

[353 N.C. 257 (2000)]

TED F. CASH v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

No. 203PA00

(Filed 21 December 2000)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 137 N.C. App. 192, 528 S.E.2d 372 (2000), affirming an order entered by Caviness, J., on 29 October 1998 in Superior Court, Cleveland County, and a judgment entered by Doughton, J., on 19 January 1999 in Superior Court, Cleveland County. Heard in the Supreme Court 17 October 2000.

*The Cerwin Law Firm, by Todd R. Cerwin, for plaintiff-appellant.*

*Stott, Hollowell, Palmer & Windham, L.L.P., by Martha Raymond Thompson, for defendant-appellee.*

PER CURIAM.

AFFIRMED.